**173 So. 917**

**Sam CHERGOTAKOS v. STATE.**

**7 Div. 218.**

Court of Appeals of Alabama.

Jan. 19, 1937.

SAMFORD, Judge.

Appeal dismissed.

**167 So. 918**

**Dutch CHRISTIAN v. STATE.**

**8 Div. 245.**

Court of Appeals of Alabama.

March 17, 1936.

BRICKEN, Presiding Judge.

Affirmed.

**165 So. 915**

**CITIZENS BANK OF GUNTERSVILLE v. I. B. HYDE.**

**8 Div. 118.**

Court of Appeals of Alabama.

Jan. 21, 1936.

PER CURIAM.

Appeal dismissed for want of prosecution.

**165 So. 915**

**CITY OF BIRMINGHAM v. Mrs. M. LEDBETTER.**

**6 Div. 943.**

Court of Appeals of Alabama.

Jan. 21, 1936.

Mullins & Deramus, of Birmingham, for appellant.

Taylor & Higgins, of Birmingham, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

**170 So. 915**

**Leonard CLARK v. STATE.**

**6 Div. 76.**

Court of Appeals of Alabama.

Nov. 10, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

**169 So. 906**

**W. R. CLARK v. STATE.**

**8 Div. 269.**

Court of Appeals of Alabama.

June 16, 1936.

Wm. C. Rayburn, of Guntersville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

**170 So. 918**

**F. C. COBLE v. STATE.**

**8 Div. 388.**

Court of Appeals of Alabama.

Oct. 27, 1936.

RICE, Judge.

Affirmed.